# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2021

## NO. 03-20-00429-CV

**David F. Henges, Appellant**

**v.**

**Leslie Henges Dolliver, Limited Guardian of the Person and
Full Guardian of the Estate for David Henges, Appellee**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order signed by the trial court on May 27, 2020, appointing a permanent guardian for appellant. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's guardianship order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.